[No. 48822-1-II. Division Two. March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. MILLISSA Y. KELLOGG-BEAUPRE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 15-1-01114-4, Sally F. Olsen, J., entered April 4, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Bjorgen, C.J., and Melnick, J.

[No. 48852-3-II. Division Two. March 21, 2017.]

JUDSON D. FORKS, *Appellant*, v. ENCON WASHINGTON LLC, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 15-2-08234-1, Bryan E. Chushcoff, J., entered April 1, 2016. *Affirmed* by unpublished opinion per Melnick, J., concurred in by Bjorgen, C.J., and Lee, J.

[No. 49462-1-II. Division Two. March 21, 2017.]

*In the Matter of the Personal Restraint of* MARTONI E. NEWTON, *Petitioner*.

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished opinion per Lee, J., concurred in by Melnick and Sutton, JJ.

[No. 33909-2-III. Division Three. March 21, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. NICHOLAS A. LIMPERT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-02362-7, Michael P. Price, J., entered November 12, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Siddoway, J.